

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South
Las Vegas, Nevada 89101
702-388-6519 (phone)
702-388-5087 (fax)
david.kiebler@usdoj.gov
*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONDRE JAWAN PALMER,<br><br>Defendant. | **SEALED**<br>**CRIMINAL INDICTMENT**<br><br>Case No. 2:24-cr-00104-GMN-NJK<br><br>**VIOLATIONS:**<br><br>**Count One**<br>18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)D - Engaging in the Business of Dealing or Manufacturing Firearms Without a License<br><br>**Counts Two – Fourteen**<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) – False Statement in Acquisition of Firearm |

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*

Beginning from a time unknown but no earlier than on or about May 7, 2019, and continuing to on or about January 4, 2024, in the State and Federal District of Nevada,

**MONDRE JAWAN PALMER,**

defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS TWO-FOURTEEN
*False Statement in Acquisition of Firearm*

On or about the dates listed in the chart below, in the State and Federal District of Nevada,

**MONDRE JAWAN PALMER,**

defendant herein, in connection with the acquisition of the firearms described below from the below-listed licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code (the "Dealer"), knowingly made false and fictitious written statements to the Dealer, which were intended to deceive the Dealer as to a fact material to the lawfulness of each such firearm sale to the defendant under chapter 44 of Title 18; to wit: the defendant completed and executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein the defendant represented that he was the actual transferee/buyer of the firearms listed on the form, when in fact, and as the defendant well knew, he was not the actual transferee/buyer of the firearms and was acquiring the firearms on behalf of another person and/or for sale to a third party:

| Count | DATE | FFL | FIREARM(S) |
|---|---|---|---|
| 2. | 01.04.24 | Sportsman's Warehouse | SCCY, CPX-2, 9, Pistol, Serial Number: C495413 |
| 3. | 11.15.23 | Sportsman's Warehouse | Kel-Tec, P17, 22, Pistol, |

| | | | | |
|---|---|---|---|---|
| | | | | Serial Number: 23GOU19 |
| | 4. | 09.15.23 | Sportsman's Warehouse | SCCY, DVG-1, 9, Pistol, Serial Number: D023623 |
| | 5. | 08.15.20 | Bargain Pawn | 1. Taurus, G2C, 9, Pistol, Serial Number: ABH766789  2. Taurus, G2C, 9, Pistol, Serial Number: ABG732482 |
| | 6. | 07.22.20 | Spartan Arms | 1. Taurus, G2C, 9, Pistol, Serial Number: ABG716258  2. Glock, 43, 9, Pistol, Serial Number: ADXZ857 |
| | 7. | 05.08.20 | Fallout Firearms | RG Industries, RG14, 22, Revolver, Serial Number: L809835 |
| | 8. | 07.22.19 | Bargain Pawn | Taurus, G2C, 9, Pistol, Serial Number: TGU49680 |
| | 9. | 07.12.19 | 2nd Amendment | 1. SCCY, CPX-2, 9, Pistol, Serial Number: 817090  2. SCCY, CPX-2, 9, Pistol, Serial Number: 817089 |
| | 10. | 07.10.19 | Bargain Pawn | 1. Taurus, G2C, 9, Pistol, Serial Number: TMR39943  2. Kel-Tec, P11, 9, Pistol, Serial Number: 70125 |

3

| | | | | |
|---|---|---|---|---|
| 11. | 06.28.19 | Guns World | | 1. Taurus, G2C, 9, Pistol, Serial Number: TMR82675<br>2. SCCY, CPX-2, 9, Pistol, Serial Number: 755772 |
| 12. | 06.27.19 | Fallout Firearms | | 1. SCCY, CPX-2, 9, Pistol, Serial Number: 805553<br>2. SCCY, CPX-2, 9, Pistol, Serial Number: 808947 |
| 13. | 06.21.19 | 2nd Amendment | | 1. Taurus, G2C, 9, Pistol, Serial Number: TLZ58302<br>2. SCCY, CPX-2, 9, Pistol, Serial Number: 761015 |
| 14. | 05.07.19 | Fallout Firearms | | Jimenez Arms, JA Nine, 9, Pistol, Serial Number: 421829 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**DATED:** this 07 day of May 2024.

**A TRUE BILL:**

                                          /s/
                            FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

*/signature/*

DAVID KIEBLER
Assistant United States Attorney