RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Mondre Jawan Palmer

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00104-GMN-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| MONDRE JAWAN PALMER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Mondre Jawan Palmer, that the Sentencing Hearing currently scheduled on December 9, 2025, at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than January 19, 2025.

The Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the presentence investigation report with Mr. Palmer, gather mitigation documentation, file formal objections, and file a sentencing memorandum.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 12th day of November 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONDRE JAWAN PALMER,<br><br>　　　　Defendant. | Case No. 2:24-cr-00104-GMN-NJK<br><br>**ORDER** |

　　Based on the stipulation and good cause appearing:

　　IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, December 9, 2025, at 10:00 a.m., be vacated and continued to  January 22, 2026  at the hour of 9:00 a.m.

　　DATED this  13  day of November 2025.

_____
UNITED STATES DISTRICT JUDGE

3